# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

| | |
|---|---|
| GENERAL CASUALTY COMPANY OF WISCONSIN, <br><br> Plaintiff, <br><br> vs. <br><br> NELSON ENGINEERING CONSULTING, LLC, <br><br> Defendant. | Civ. 13-4075 <br><br> **STATUS REPORT OF DEFENDANT** |

COMES NOW Nelson Engineering Consulting, L.L.C., n/k/a Nelson Engineering, Inc. and in response to the docket text Order of the Court (Doc. 62) asking for a status report regarding the case of E & I Specialists, Inc. v. South Dakota Oilseed Processors, LLC, et al., Hand County (South Dakota) Circuit Court File No. Civ. 10-36 (the "Underlying Action") states as follows:

Nelson Engineering, Inc., formerly Nelson Engineering Consulting, LLC has reached a settlement with South Dakota Oilseed Processors, LLC, et al. in the Underlying Action. In light of this development, Plaintiff General Casualty Company of Wisconsin has indicated that it will agree to dismiss its claims in this present case once an order of dismissal of the claims against Defendant has been entered in the Underlying Action. The parties will submit the appropriate Joint Motion to Dismiss to this Court at that time.

Should the court have any additional follow up questions regarding this issue, Defendant will certainly provide all available information.

Dated at Sioux Falls, South Dakota, this 15th day of July, 2016.

/s/ Nichole J. Mohning
Nichole J. Mohning
Robert D. Trzynka
Cutler Law Firm, LLP
100 N. Phillips Avenue, 9th Floor
P.O. Box 1400
Sioux Falls, SD  57104-1400
Telephone:  605 335-4950
Facsimile:  605 335-4966
Attorney E-mail Address:
nichole@cutlerlawfirm.com
Attorneys for Defendant